**Daniel R. Chaleff, SB#173028**
**Kevin Rehwald, SB#255334**
*kevin@cr.legal*
**William Rehwald, SB#51396**
**Lauren J. Peterson, SB#290949**
**Jacob M. Krall, SB#296078**
**CHALEFF REHWALD, A Professional Corporation**
5855 Topanga Canyon Blvd., Suite 400
Woodland Hills, California 91367
(818) 703-7500 Facsimile: (818) 703-7498

Attorney for Plaintiff KEN YUH

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN YUH, an Individual, | CASE NO: 1:15-CV-00998-JLT |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |
| v. | (Doc. 16 |
| DOLLAR GENERAL CORPORATION, a Tennessee Corporation, and DOES 1 through 50, Inclusive, | |
| Defendants. | |

The Court, having reviewed the Parties' Stipulation of Dismissal with Prejudice, hereby orders as follows:

---

1

[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE

   That this case is DISMISSED WITH PREJUDICE, each Party to pay his or their own attorneys' fees and costs.

IT IS SO ORDERED.

   Dated:   **July 21, 2016**                           **/s/ Jennifer L. Thurston**
                                                        UNITED STATES MAGISTRATE JUDGE